IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN A. HARRISON,

    Petitioner,                   No. CIV S-05-1546 MCE GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Respondents.              <u>ORDER</u>

_____/

        On August 2, 2005, petitioner, through counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Neither the petition nor the points and authorities contain counsel's signature. Local Rule 7-131(b).

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, counsel shall submit a signed petition and points and authorities.

DATED: 8/24/05

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

ggh:kj
harr1546.ord