IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN A. HARRISON,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**ROSEANNE CAMPBELL, Warden, et al.,**<br><br>                                    Respondents. | CIV-S-05-1546 MCE GGH P<br><br>**ORDER** |

     Good cause appearing, it is ordered that the time for filing Respondent's response be extended to and including December 5, 2005.

Dated: 11/7/05

                                    /s/ Gregory G. Hollows

                                    _____
                                    Gregory G. Hollows
                                    United States Magistrate Judge

har1546.eot