**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
**State Bar No. 65684**
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562

Attorney for Petitioner
JUAN A. HARRISON

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN A. HARRISON,<br><br>    Petitioner,<br><br>v.<br><br>ROSEANNE CAMPBELL, Warden, et al.,<br><br>    Respondent. | No. CIV-S-05-01546<br><br>**APPLICATION AND STIPULATION TO COURT FOR ORDER TO EXTEND TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS AND FOR RESPONDENT TO FILE RESPONSE THERETO; AND TO CONTINUE HEARING ON MOTION TO DISMISS; ORDER** |

    Since I received respondent's motion to dismiss on November 16, 2005, I have filed appellant's opening brief in the State Court of Appeal, Third District, in *People v. Chan Saeteurn*, C050213; I will begin working on a reply to the government's opposition to the motion for new trial in *United States v. Monte McFall*, CR-S-02-468 MCE; I was on a pre-planned vacation during the week of November 21, 2005; I have made no fewer than 14 court appearances in Sacramento and other counties, including Shasta and Placer; I have an all-day preliminary examination in state court scheduled prior to the current due date for the opposition to the motion to dismiss of December 16, 2005; and I have oral argument before the Court of Appeal in a murder case scheduled for December 27, 2005. In addition, the issues involved in preparation of petitioner's opposition to the motion to dismiss are extremely complex.

    For these reasons I am unable to adequately prepare and file the opposition to the motion to dismiss within the thirty day period set forth in this Court's order of October 4,2005, and I am requesting an additional 32 days, to January 18, 2006, to file said opposition.

The hearing on respondent's motion to dismiss is currently set for January 5, 2006 at 10:00 a.m. In the event the application to enlarge time is granted, it will be necessary to reschedule the hearing as well.

On December 7, 2005, I communicated with Paul O'Connor, Esq., attorney representing respondent in this case and he does not oppose our request for enlargement of time and continuance of the hearing in this matter to February 9, 2006 at 10:00 a.m. My office has communicated with this Court's clerk and she indicated that that date and time are available.

Therefore, application is being made to the Court pursuant to agreement among the parties that the deadline for petitioner to file his opposition to respondent's motion to dismiss be extended to January 18, 2006, and the deadline for respondent to file the response to petitioner's opposition to the motion to dismiss be extended to 15 days after petitioner files his opposition to the motion to dismiss.

In addition, petitioner and respondent respectfully request this court to reschedule the hearing on the motion to dismiss from January 5, 2006 at 10:00 a.m. to February 9, 2006 at 10:00 a.m.

Dated: December ___, 2005                                  Respectfully submitted,

                                                           _____
                                                           JOHN R. DUREE, JR.
                                                           Attorney for Petitioner


                                                           _____
                                                           PAUL EDWARD O'CONNOR
                                                           Deputy Attorney General
                                                           Attorney for Respondent

IT IS SO ORDERED:

DATED: <u>December 16, 2005</u>


/s/ Gregory G. Hollows
HON. GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE