IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN A. HARRISON,** | CIV-S-05-1546 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **ROSEANNE CAMPBELL, Warden, et al.,** | |
| Respondents. | |

Good cause appearing, it is hereby ordered that:

1. The hearing on the motion to dismiss, currently set for February 9, 2006, be continued to March 23, 2006, at 10:00 a.m., Courtroom 24.

2. Respondent's reply brief, currently due February 2, 2006, will be due March 16, 2006.

Dated: 2/13/06                                     /s/ Gregory G. Hollows
                                                                 _____
                                                                 The Honorable Gregory G. Hollows

har1546.con

1