IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN HARRISON,

    Petitioner,                        No. CIV S-05-1546 MCE GGH P

    vs.

ROSEANNE CAMPBELL, et al.,

    Respondent.                      <u>ORDER</u>

_____/

        Respondent has filed a request for a thirty day extension of time to file a reply to petitioner's objections to the findings and recommendations. Respondent requests until October 2, 2006, to file a reply. The court will grant respondent until September 20, 2006, to file a reply.

        Accordingly, IT IS HEREBY ORDERED that respondent's August 25, 2006, request for an extension of time to file a reply to petitioner's objections is granted; respondent's reply is due on or before September 20, 2006.

DATED: 8/30/06

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

ggh:kj
har1546.eot