IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN A. HARRISON,                           No. 2:05-cv-1546-MCE-GGH-P

    Petitioner,

  v.                                        ORDER

ROSEANNE CAMPBELL, et al.,

    Respondents.
_____/

    Petitioner, a state prisoner proceeding through counsel, has filed this Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 1, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Rindings and Recommendations were to be filed within twenty days.

///

1

1  Respondent and Petitioner have filed Objections to the Findings
2  and Recommendations.
3      In accordance with the provisions of 28 U.S.C.
4  § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
5  de novo review of this case.  Having carefully reviewed the
6  entire file, the Court finds the Findings and Recommendations to
7  be supported by the record and by proper analysis.
8      Accordingly, IT IS HEREBY ORDERED that:
9      1.  The Findings and Recommendations filed August 1, 2006,
10 are adopted in full; and
11     2.  Respondent's November 16, 2005, Motion to Dismiss is
12 granted and this action is dismissed.
13 DATED: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2